**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

BRADLEY C. BURCHFIELD                                                                    PLAINTIFF

V.                                           CASE NO. 6:20-CV-6150

JOE JONES, et al.                                                                        DEFENDANTS

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 38) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, submitted in this case on June 24, 2021. This case was provisionally filed on December 15, 2020. As the magistrate judge explained in the R&R, Plaintiff was ordered to submit an amended complaint on the court-approved form on December 16, 2020. He submitted an amended complaint but did not use the approved form. A second Order issued on March 16, 2021, once again directing Plaintiff to submit an amended complaint. Plaintiff filed a response indicating that he did not view the Court's Order as valid. Plaintiff was ordered for a third time to submit an amended complaint by April 30, 2021. Plaintiff asked for an extension of time, and that request was granted. His final deadline to submit the amended complaint was May 10, 2021. On that date, Plaintiff filed yet another request for time. Once again, the Court extended the deadline—this time to June 14. Plaintiff failed to file the amended complaint by the deadline.

The magistrate judge recommends dismissing the case for failure to prosecute and failure to obey Court orders. On July 6, 2021, Plaintiff a motion (Doc. 40) requesting that the Court issue a subpoena to the Drug Enforcement Agency. He promised that once the Court issued the subpoena, he would "carefully answer the court's demands."

The Court has reviewed the case *de novo* and finds that Plaintiff has serially failed to comply with Court orders despite being afforded multiple chances to comply. **IT IS THEREFORE ORDERED** that the R&R is **APPROVED AND ADOPTED IN FULL**. The Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS FURTHER ORDERED** that the Motion for Subpoenas (Doc. 40) is **DENIED AS MOOT**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED** on this 13th day of July, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE